# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SOTELO, <br><br> Petitioner, <br><br> v. <br><br> D. MUNIZ, Warden, <br><br> Respondent. | Case No. CV 14-6597 DSF (MRW) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 7/28/15

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE